**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RONALD MICHAEL ROSA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-07-4386 |
| DAVOL, INC., *et al.*,<br>Defendants. | §<br>§<br>§ | |

**ORDER**

It is hereby **ORDERED** that this case is **STAYED AND ADMINISTRATIVELY CLOSED** pending transfer to MDL-1842, *In re Kugel Mesh Hernia Patch Products Liability Litigation*.

SIGNED at Houston, Texas, this 5th day of **February, 2008**.

Nancy F. Atlas
United States District Judge